# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ TITO LUGO, | CASE NO: 2:11-cv-00317-JFM (PC) |
| Plaintiff, | STIPULATION AND ORDER TO AMEND DISCOVERY AND SCHEDULING ORDER |
| v. | |
| JOSEPH BICK, et al. | |
| Defendants. | |

The parties have stipulated to the following:

Due to the complexity of this case, plaintiff INEZ TITO LUGO and counsel for defendants have agreed to extend the discovery deadline, which is currently October 14, 2011 (Docket No. 12), and all related deadlines, including the deadline to file pretrial motions, which is currently January 6, 2012 (Docket No. 12), by three months.

Dated: September 25, 2011         */s/ Inez Tito Lugo*
                                                    INEZ TITO LUGO, Pro Per

                                                    [ORIGINAL SIGNATURE RETAINED BY COUNSEL]

/////
/////
/////
/////

1

Dated:  September 16, 2011          WILLIAMS & ASSOCIATES

By: */s/ Christina Carroll*
CHRISTINA CARROLL, CSB #263713
Attorneys for defendant BICK, ANDREASEN, AGUILERA, MEHTA, HAILE, PARKS, SAUKHLA, KOTAREK and WALKER

## ORDER

Having read the foregoing, and good cause appearing therefor,

IT IS ORDERED that the discovery deadline and the deadline to file pretrial motions are extended by three months pursuant to the stipulation of plaintiff INEZ TITO LUGO and counsel for defendants.

1. The parties may conduct discovery until January 26, 2012.  Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

2. All pretrial motions, except motions to compel discovery, shall be filed on or before April 26, 2012.   Motions shall be briefed in accordance with paragraph 7 of this court's order filed May 3, 2011.

3. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: September 30, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;lugo0317.amd.so

2