IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

      Plaintiff,               No. 2:11-cv-0317 MCE JFM (PC)

     vs.

JOSEPH BICK, et al.,

      Defendant.             FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. On March 29, 2012, this matter was stayed. Plaintiff had stated that he was found suitable for parole and anticipated a release date in June 2012. He requested a stay so that he could seek and retain counsel upon his release. Defendants did not oppose the motion to stay. Plaintiff was given sixty days after his release on parole to file a motion to lift the stay.

      Plaintiff filed a motion to lift the stay in October 2012 and defendants filed a motion to lift the stay in January 2013. Good cause appearing, the stay should be lifted.

      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion to lift the stay (Dkt. No. 36.) and defendants' motion to lift the stay (Dkt. No. 37.) be GRANTED and that the stay be lifted.

      These findings and recommendations are submitted to the United States District

1

1  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
2  days after being served with these findings and recommendations, any party may file written
3  objections with the court and serve a copy on all parties.  Such a document should be captioned
4  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
5  shall be served and filed within fourteen days after service of the objections.  The parties are
6  advised that failure to file objections within the specified time may waive the right to appeal the
7  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: January 17, 2013.

UNITED STATES MAGISTRATE JUDGE

14
lugo0317.liftstay

2