IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INEZ TITO LUGO,

      Plaintiff,                    No. 2:11-cv-00317-MCE JFM (PC)

    vs.                           <u>ORDER</u>

JOSEPH BICK, et al.,

      Defendants.

                          /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 18, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 39) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The findings and recommendations filed January 18, 2013 (ECF No. 39) are ADOPTED IN FULL;

2. Plaintiff's motion to lift the stay (ECF No. 36) and Defendants' motion to lift the stay (ECF No. 37.) are GRANTED;

3. The stay issued March 29, 2012 is lifted; and

4. This matter is referred back to the Magistrate Judge for further proceedings.

DATED:   February 14, 2013

*(signature)*

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE