UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ TITO LUGO, | No. 2:11-cv-0317 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOSEPH BICK, et al., | |
| Defendants. | |

On May 22, 2014, counsel for defendants provided notice that defendant Andreasen is now deceased. Plaintiff has not filed a motion seeking substitution of another party in place of Andreasen. Accordingly, IT IS HEREBY ORDERED that defendant Andreasen is dismissed from this action. See Fed. R. Civ. P. 25(a)(1).

Dated: September 30, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
lugo0317.dis